STATE OF NEW JERSEY v. ALFRED MARIANO.

October 12, 1971. Petition for certification denied.

EVELYN STEPHANIE STURDIVANT v.
GENERAL BRASS & MACHINE CORP.

BELLA STURDIVANT v. GENERAL BRASS & MACHINE CORP.

October 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. STERLING BRIGHT.

November 2, 1971. Petition for certification denied.

ORRELLE H. SCHWEITZER v. UNION NEWS COMPANY.

November 2, 1971. Petition for certification denied.

SAMUEL TRIBLE v. LEONARD B. SCHAFER, JR.

November 2, 1971. Petition for certification denied.

EDWARD LEE ROSENTHAL, *ET AL.* v.
GEORGE F. KUGLER, JR., *ET AL.*

October 26, 1971. Petition for certification denied.